**Order entered May 22, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00376-CR

**FREDRICK CARSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-54167-P**

## ORDER

We **GRANT** Official Court Reporter Lisabeth L. Kellett's May 19, 2014 request for an extension of time to file the reporter's record. The reporter's record shall be due **THIRTY DAYS** from the date of this order.

The clerk's record has not been filed and is now overdue. We **ORDER** the Dallas County District Clerk to file the clerk's record within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to Official Court Reporter Lisabeth L. Kellett, Dallas County District Clerk Gary Fitzsimmons, and the Dallas County District Clerk, Criminal Records Division.

/s/    LANA MYERS
       JUSTICE